**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW PERRONG,**<br><br>                              Plaintiff,<br>**v.**<br><br>**DVD II GROUP, LLC and KEVIN KNASEL**<br><br>                              Defendants. | **CIVIL ACTION**<br><br>**NO. 23-361** |

## <u>ORDER</u>

**AND NOW**, this 3rd day of May, 2023, for the reasons laid out in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Request for Default Judgment (ECF 6) is **DENIED**;

2. Plaintiff's request for sanctions is **DENIED**;

3. Plaintiff shall file a memorandum within fourteen (14) days showing cause as to why sanctions against him are not warranted; and

4. Defendants shall answer, move, or otherwise response to the Complaint on or before May 13, 2023.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**