## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong,<br><br>　　Plaintiff,<br><br>v.<br><br>DVD II Group, LLC and Kevin Knasel,<br><br>　　Defendants. | Case No. 2:23-cv-00361-MMB<br><br>Hon. Michael M. Baylson |

### STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE
### AND WITHDRAWAL OF REQUEST FOR SANCTIONS

Plaintiff Andrew Perrong and Defendants, DVD Group II, LLC and Kevin Knasel, hereby stipulate and agree as follows:

1. This matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Local Rule 41.1(b).

2. Defendants' request for fees, costs, or any other sanction is withdrawn.

3. Plaintiff conveys his apologies to the Court for not behaving with the level of decorum and respect for this Court and opposing counsel that he wishes he had. That conduct, which represented a deviation from his professional and courteous conduct in his other litigation, will not happen again.

4. Plaintiff and Defendants jointly request that the Court discharge its Order to Show Cause as to Plaintiff.

Respectfully submitted,

/s/ *Andrew R. Perrong*  /s/ *William B. Igoe*
1657 The Fairway #131  William B. Igoe
Jenkintown, PA 19046  **BALLARD SPAHR LLP**
 1735 Market Street, 51st Fl.
*Plaintiff*  Philadelphia, PA 19103
 T: 215-665-8500
 F: 215-864-8999
 igoew@ballardspahr.com

 *Attorney for Defendants DVD II Group, LLC and Kevin Knasel*